IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| CATHY BURKHART, | * |
| | * |
| Plaintiff, | * |
| vs. | *   No. 3:07cv000199 SWW |
| | * |
| | * |
| AMERICAN RAILCAR | * |
| INDUSTRIES, INC., | * |
| | * |
| Defendant. | * |

ORDER

Without objection, the time for defendant to respond to plaintiff's motion to compel [doc.#10] is hereby extended until and including Friday, February 13, 2009.

IT IS SO ORDERED this 2nd day of February 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE