IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| CATHY BURKHART, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 3:07cv000199 SWW |
| | * | |
| | * | |
| AMERICAN RAILCAR | * | |
| INDUSTRIES, INC., | * | |
| | * | |
| Defendant. | * | |

## ORDER

The trial scheduled for April 20, 2009, in Jonesboro, Arkansas, is hereby continued. The Court will issue an amended scheduling order setting a new trial date, if necessary, following a ruling on defendant's motion for summary judgment.

IT IS SO ORDERED this 8th day of April 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE