IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| CATHY BURKHART, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 3:07cv000199 SWW |
| | * |
| | * |
| | * |
| AMERICAN RAILCAR | * |
| INDUSTRIES, INC., | * |
| | * |
| Defendant. | * |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that defendant American Railcar Industries, Inc.'s motion for summary judgment be granted as to plaintiff Cathy Burkhart's Title VII hostile environment and retaliation claims. Plaintiff Burkhart's state law Arkansas Civil Rights Act and tort of outrage claims are dismissed without prejudice.

IT IS SO ORDERED this 28th day of April 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE