IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| CATHY BURKHART, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 3:09cv00081 SWW |
| | * | (Related Case: No. 3:07cv00199 SWW) |
| | * | |
| | * | |
| AMERICAN RAILCAR | * | |
| INDUSTRIES, INC., | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that the motion of American Railcar Industries, Inc. (ARI) for summary judgment as filed in Case No. 3:07cv00199 SWW on Cathy Burkhart's (Burkhart) state law claims under the Arkansas Civil Rights Act of 1993 ("ACRA"), Ark. Code Ann. §§ 16-123-101 *et seq.*, and her state law tort of outrage claim be and it hereby is granted. The Court directs that within thirty (30) days of the date of entry of the Memorandum and Order, ARI reimburse Burkhart her state court filing fees incurred in refiling her ACRA and tort of outrage claims in state court and additionally directs that ARI reimburse Burkhart any appellate filing fees tendered to the United States Court of Appeals for the Eighth Circuit that are incurred as a result of an appeal of the Memorandum and Order and Judgment in this action.

IT IS SO ORDERED this 30th day of July 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE